GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED
2024 FEB -7 PM 12: 41

CR24-00560 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Richard Alex Tuccio,<br><br>    Defendant. | Case No. 23-MJ-9317<br><br>**I N D I C T M E N T**<br><br>Violation:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>Making False Statements in Connection<br>With Acquisition of Firearms<br>Counts 1-18<br><br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

On or about the dates listed below, in the District of Arizona, RICHARD ALEX TUCCIO knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that RICHARD ALEX TUCCIO stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

///

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 3/22/2022 | Citywide Supply, Tucson, AZ | Two (2) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistols with serial numbers PAC1168263 and PAC1168528 |
| 2 | 7/6/2022 | SNG Tactical, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1175317 |
| 3 | 7/7/2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1171175 |
| 4 | 8/4/2022 | Tactical Studio, Glendale, AZ | Two (2) Century Arms VSKA 7.62 x 39 mm semi-automatic rifles with serial numbers SV7124183 and SV7124624 |
| 5 | 8/7/2022 | Shoot 'Em Up, Glendale, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1175957 |
| 6 | 8/10/2022 | Tombstone Tactical, Phoenix, AZ | One (1) Riley Defense RAK-47 7.62 x 39 mm semi-automatic rifle with serial number B48062 |
| 7 | 8/13/2022 | Liberty Pawn Shop, Tucson, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC1176280 |
| 8 | 8/13/2022 | SNG Tactical, Tucson, AZ | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47008849 |
| 9 | 8/26/2022 | Tucson Equestrian T.P., Tucson, AZ | Two (2) Palmetto State Armory AK-47 7.62 x 39 mm semi-automatic rifles with serial numbers AKB078434 and AKB075454 |
| 10 | 9/2/2022 | Tactical Studio, Glendale, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC1180200 |
| 11 | 9/7/2022 | Tactical Studio, Glendale, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7128238 |
| 12 | 9/28/2022 | Citywide Supply, Tucson, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1180918 |
| 13 | 10/24/2022 | Tucson Equestrian T.P., Tucson, AZ | One (1) Palmetto State Armory AK-47 7.62 x 39 mm semi-automatic rifle with serial number AKB075321 |

| #  | Date       | Location                        | Firearms |
|----|------------|---------------------------------|----------|
| 14 | 10/24/2022 | Liberty Pawn Shop, Tucson, AZ   | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7127165 |
| 15 | 10/28/2022 | Roe Armory, Glendale, AZ        | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016595 and BFT47016206 |
| 16 | 11/1/2022  | Citywide Supply, Tucson, AZ     | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1180915 |
| 17 | 11/5/2022  | Roe Armory, Glendale, AZ        | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016307 and BFT47016193 |
| 18 | 11/17/2022 | Roe Armory, Glendale, AZ        | One (1) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifle with serial number BFT47016300 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1-18 of the Indictment, RICHARD ALEX TUCCIO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| #  | Firearms                                          | Serial Number |
|----|---------------------------------------------------|---------------|
| 1  | Pioneer Arms Hellpup 7.62x39mm pistol             | PAC1168263    |
| 2  | Pioneer Arms Hellpup 7.62x39mm pistol             | PAC1168528    |
| 3  | Pioneer Arms Sporter 7.62x39mm rifle              | PAC1175317    |
| 4  | Pioneer Arms Sporter 7.62x39mm rifle              | PAC1171175    |
| 5  | Century Arms VSKA 7.62x39mm rifle                 | SV7124183     |
| 6  | Century Arms VSKA 7.62x39mm rifle                 | SV7124624     |
| 7  | Pioneer Arms Sporter 7.62x39mm rifle              | PAC1175957    |
| 8  | Riley Defense RAK-47 7.62x39mm rifle              | B48062        |
| 9  | Pioneer Arms Hellpup 7.62x39mm rifle              | PAC1176280    |
| 10 | Century Arms BFT47 7.62x39mm rifle                | BFT47008849   |
| 11 | Palmetto State Armory AK-47 7.62x39mm rifle       | AKB078434     |
| 12 | Palmetto State Armory AK-47 7.62x39mm rifle       | AKB075454     |
| 13 | Pioneer Arms Hellpup 7.62x39mm pistol             | PAC1180200    |
| 14 | Century Arms VSKA 7.62x39mm rifle                 | SV7128238     |
| 15 | Pioneer Arms Sporter 7.62x39mm rifle              | PAC1180918    |

| 16 | Palmetto State Armory AK-47 7.62x39mm rifle | AKB075321 |
| 17 | Century Arms VSKA 7.62x39mm rifle | SV7127165 |
| 18 | Century Arms BFT47 7.62x39mm rifle | BFT47016595 |
| 19 | Century Arms BFT47 7.62x39mm rifle | BFT47016206 |
| 20 | Pioneer Arms Sporter 7.62x39mm rifle | PAC1180915 |
| 21 | Century Arms BFT47 7.62x39mm rifle | BFT47016307 |
| 22 | Century Arms BFT47 7.62x39mm rifle | BFT47016193 |
| 23 | Century Arms BFT47 7.62x39mm rifle | BFT47016300 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: February 7, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Richard Alex Tuccio*
*Indictment Page 4 of 4*